JOHN F. AIKEN, Appellant, v. F. MILLARD SWAN et al., Doing Business as SWAN & MACNEIL, Respondents.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOWARD BROWN, Appellant, against W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion for assignment of counsel denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY OAKLEY, Appellant.— Motion to dismiss appeal granted, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before April 19, 1960 and is ready for argument at the May Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT PANNONE, Appellant.— Motion for permission to prosecute appeal as a poor person granted. The appeal may be prosecuted upon one typewritten copy of the record and five typewritten copies of the brief. Motion for assignment of counsel denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NORBERT PAUL EASTMAN, Appellant.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion for leave to prosecute appeal on original record denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

SIGMUND ZEGLEN, Respondent, v. JOHN H. MINKIEWICZ et al., Appellants. SIGMUND ZEGLEN, Respondent, v. GENERAL ELECTRIC COMPANY, Appellant.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue, and file and serve record and brief on or before April 19, 1960 and are ready for argument at the May Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds JJ.

BITREL PAINTING CORP., Respondent, v. BRYAN CONSTRUCTION, INC., Appellant.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before April 19, 1960 and is ready for argument at the May Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of LOUIS CHICKERELL, Petitioner, against WILLIAM S. HULTS, as Commissioner of the Bureau of Motor Vehicles of the State of New York, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM J. FORGET, Appellant, against W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record